# EXHIBIT 1

AM 7692772.1

| | | |
|---|---|---|
| **SUMMONS - CIVIL**<br>JD-CV-1  Rev. 2-13<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,<br>52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1 | **STATE OF CONNECTICUT**<br>**SUPERIOR COURT**<br>www.jud.ct.gov | See page 2 for instructions |
| ☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.<br>☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.<br>☐ "X" if claiming other relief in addition to or in lieu of money or damages. | | TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint. |

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington St., Hartford, CT 06103 | ( 860 ) 549-1000 | JULY 9, 2013 |

| ☒ Judicial District  ☐ Housing Session | G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349)<br>HARTFORD | Case type code (See list on page 2)<br>Major: C   Minor: 90 |
|---|---|---|---|

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Rome McGuigan, P.C., One State St., Hartford, CT 06103 | 27726 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 860 ) 549-1000 | |

| Number of Plaintiffs: 1 | Number of Defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: RIVERA, KRYSTLE<br>Address: 19 Goslee Dr., Unit 45, Manchester, CT 06040 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: CVS PHARMACY, INC.<br>Address: One CVS Drive, Woonsocket, RI 02895 | D-01 |
| Additional Defendant | Name: C/O AGENT FOR SERVICE - CT CORPORATION SYSTEM, One Corporate Center, Hartford, CT 06103<br>Address: | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left<br>Andrew Houlding | Date signed<br>06/18/2013 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only: File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date<br>06/18/2013 |
|---|---|---|

| Name and address of person recognized to prosecute in the amount of $250 |
|---|
| B. Condon, c/o Rome McGuigan, P.C., One State St., Hartford, CT 06103 |

| Signed (Official taking recognizance; "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Date<br>06/18/2013 | Docket Number |
|---|---|---|---|

(Page 1 of 2)

| | | |
|---|---|---|
| RETURN DATE: JULY 9, 2013 | : | SUPERIOR COURT |
| KRYSTLE RIVERA | : | J.D. OF HARTFORD |
| v. | : | AT HARTFORD |
| CVS PHARMACY, INC. | : | JUNE 18, 2013 |

## COMPLAINT

1. Plaintiff Krystle Rivera is a resident of Manchester, CT., and is currently employed by the Defendant CVS Pharmacy, Inc.

2. Defendant CVS Pharmacy, Inc., is a corporation with a registered agent in the State of Connecticut.

3. Plaintiff has at all times material herein been employed by Defendant as a Shift Supervisor. From September, 2011 until February, 2013, Plaintiff was assigned to the CVS Pharmacy store in Newington, CT. As Shift Supervisor, Plaintiff would open and/or close the store, attend to customer service issues, unload trucks of merchandise delivered to the store, handle overnight shipments, stock shelves, and maintain backroom inventory, among other tasks. Her position was classified as non-exempt, paid at the hourly rate of $11.00.

4. In the period September 2011 until February 2013, Plaintiff was suffered or permitted to work overtime hours. The approximate total number of overtime hours worked by Plaintiff in that period was 470 hours.

Rome McGuigan, P.C. • Attorneys at Law
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

5. Although Plaintiff worked overtime and was classified as non-exempt, Defendant, through its Store Manager, deprived Plaintiff of overtime compensation by falsely recording her overtime hours as "sick" time.

6. Defendant CVS established a policy of paying bonuses to store managers if they did not exceed a budgeted amount of overtime compensation. Through this policy, the Store Manager had an incentive to deny Plaintiff the overtime monies that she was due.

7. After Plaintiff reported this violation to Defendant, it made promises to compensate her for her unpaid overtime, but never in fact did so, and Plaintiff accordingly retained legal counsel.

8. Plaintiff has been informed by speaking with other CVS employees that the practice of falsifying time entries so as to make it appear that employees did not work overtime, when they had in fact done so, and to avoid paying them overtime when they worked more than 40 hours in a work week, has been followed in other CVS stores in Connecticut.

**Count One: Violation of Conn. Gen. Stat. §31-60.**

1-8. The foregoing Paragraphs 1-8 are hereby incorporated as Paragraphs 1-8 of this Count as if fully set forth herein.

9. Defendant violated Conn. Gen. Stat. §§31-60, inasmuch as it failed to pay overtime wages owed to Plaintiff.

- 2 -

10. Plaintiff seeks recovery of twice the amount of her unpaid overtime compensation, plus attorneys' fees, pursuant to Conn. Gen. Stat. § 31-68 and/or Conn. Gen. Stat. § 31-72.

**Count Two: Violation of Federal Fair Labor Standards Act, 29 U.S.C. § 201 et *seq.* ("FLSA").**

1-8. The foregoing Paragraphs 1-8 of Count One are hereby incorporated as Paragraphs 1-8 of this Count as if fully set forth herein.

9. Defendant CVS is an employer within the meaning of the FLSA and employed Plaintiff, along with other Shift Supervisors, subject to the provisions of the FLSA.

10. Plaintiff sues on behalf of herself and all other CVS non-exempt employees who were denied overtime compensation through false characterization of their work by management personnel.

11. Defendant violated 29 U.S.C. § 207 in failing to pay the Plaintiff, and in failing to pay all similarly situated employees, overtime wages for all hours of work in excess of 40 hours in any work week.

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

## RELIEF REQUESTED

Wherefore, Plaintiff seeks:

1. Damages under Connecticut law;

2. Double damages under Connecticut law;

3. Attorney fees under Conn. Gen. Stat. 31-68 and/or 31-72;

4. Damages and liquidated damages under the FLSA;

5. Attorneys' fees and costs as permitted by 29 U.S.C. § 216; and

6. Such additional legal and equitable relief as the court may deem fair, just and reasonable.

PLAINTIFF, KRYSTLE RIVERA

Andrew L. Houlding, Esq.
Rome McGuigan, P.C.
One State Street
Hartford, CT  06103
(860) 549-1000
(860) 724-3921- Fax
ahoulding@rms-law.com

- 4 -

| | | |
|---|---|---|
| RETURN DATE: JULY 9, 2013 | : | SUPERIOR COURT |
| KRYSTLE RIVERA | : | J.D. OF HARTFORD |
| v. | : | AT HARTFORD |
| CVS PHARMACY, INC. | : | JUNE 18, 2013 |

**STATEMENT OF AMOUNT IN DEMAND**

The plaintiff, Krystle Rivera, claims damages in excess of Fifteen Thousand and 00/100 Dollars ($15,000.00), exclusive of costs and interests.

PLAINTIFF, KRYSTLE RIVERA

By _____
Andrew L. Houlding, Esq.
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103
Telephone: 860.549.1000
Fax: 860.724.3921
Juris No. 027726

JU8606

- 5 -

## OFFICER'S RETURN TO COURT

STATE OF CONNECTICUT:
                         : ss., Wethersfield           JUNE 19, 2013
COUNTY OF HARTFORD :

THEN AND BY VIRTUE HEREOF, AND BY DIRECTION OF THE PLAINTIFF'S ATTORNEY, ON JUNE 19, 2013 I MADE DUE AND LEGAL SERVICE UPON THE WITHIN NAMED DEFENDANT, **CVS PHARMACY, INC.,** BY LEAVING A VERIFIED TRUE AND ATTESTED COPY OF THE WITHIN ORIGINAL WRIT SUMMONS AND COMPLAINT, WITH GARY SCAPPINI, MANAGER AT CT CORPORATION SYSTEM, ONE CORPORATE CENTER, HARTFORD, CT, AGENT FOR SERVICE FOR THE WITHIN NAMED DEFENDANT, **CVS PHARMACY, INC.**

THE WITHIN IS THE ORIGINAL WRIT SUMMONS AND COMPLAINT WITH MY DOINGS HEREON ENDORSED.



ATTEST:

BRIAN F. ZITO
STATE MARSHAL

FEES:

| | |
|---|---|
| SERVICE | $30.00 |
| ENDS. | 1.60 |
| PAGE REVIEW | 6.00 |
| TRAVEL | 12.40 |
| TOTAL | $50.00 |

Re:  Krystle Rivera v. CVS Pharmacy, Inc.
     Return Date: July 9, 2013

| APPEARANCE | STATE OF CONNECTICUT | Instructions — See Back/Page 2 |
|---|---|---|
| JD-CL-12 Rev. 1-12 | **SUPERIOR COURT** | |
| P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2 | www.jud.ct.gov | |

**Notice To Self-Represented Parties**
*A self-represented party is a person who represents himself or herself.* If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:

☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

Return date: Jul-09-2013
Docket number: HHD-CV-13-6042958-S

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*
RIVERA, KRYSTLE  v. CVS PHARMACY, INC.

[x] Judicial District  [ ] Housing Session  [ ] Small Claims  [ ] Geographic Area number ___

Address of Court: 95 WASHINGTON STREET HARTFORD, CT 06106

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

**Please Enter the Appearance of**

Name of self-represented party, or name of official, firm, professional corporation, or individual attorney:
EDWARDS WILDMAN PALMER LLP

Juris number of attorney or firm: 404401

Mailing Address: 20 CHURCH STREET 20TH FLOOR

Telephone number: 860-541-7740

| City/town | State | Zip code | Fax number | E-mail address |
|---|---|---|---|---|
| HARTFORD | CT | 06103 | 860-527-4198 | ttrifon@edwardswildman.com |

in the case named above for:
☐ The Plaintiff
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: ___
[x] The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☐ All Defendants.
☐ The following Defendant(s) only: ___
☐ Other *(Specify):* ___
☐ This is a Family Matters case and my appearance is for:
  ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file (P.B. Sec. 3-8): ___
2. ☐ This appearance is in addition to an appearance already on file.

I agree to accept papers (service) electronically in this case under Practice Book Section 10-13    [x] Yes   ☐ No

| Signed | Name of person signing at left | Date signed |
|---|---|---|
| ▶ 430906 | TARA LYNN TRIFON | Jul 11 2013 |

**Certification**
I certify that a copy of this document was mailed or delivered electronically or non-electronically on (date) Jul 11 2013 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*
ROME MCGUIGAN P.C. - 1 STATE STREET/HARTFORD, CT 06103

For Court Use Only

| Signed (Signature of filer) | Print or type name of person signing | Date signed | Telephone number |
|---|---|---|---|
| ▶ 430906 | TARA LYNN TRIFON | Jul 11 2013 | 860-541-7740 |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.